Heather M. Fossity WSBA #59128
Elizabeth A. Falcone, *Pro Hac Vice Forthcoming*
Kenneth M. Rock, *Pro Hac Vice Forthcoming*
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: (503) 552-2140
Facsimile: (503) 224-4518
Email: heather.fossity@ogletree.com
Email: elizabeth.falcone@ogletree.com
Email: kenneth.rock@ogletree.com

*Attorneys for Defendant*
*J. R. Simplot Company, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF WASHINGTON**

**SPOKANE DIVISION**

JACOB RYAN SCHINZLER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

J.R. SIMPLOT COMPANY, LLC, a foreign limited liability company; and DOES 1-20,

Defendant.

Case No. ______________________

**VERIFICATION OF STATE COURT RECORDS IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT**

[CLERK'S ACTION REQUIRED]

I, Heather M. Fossity, declare under penalty of perjury the following:

1. I am one of the attorneys for Defendant J. R. Simplot Company, LLC, f/k/a J. R. Simplot Company ("Simplot"). I am knowledgeable about the facts set forth herein and make this Verification of State Court Records in Support of Notice of Removal to Federal Court.

2. Attached to this Verification as **Exhibit 1** is a true and correct copy of Plaintiff's Summons and Class Action Complaint, which was filed on April 9, 2026. Plaintiff served Exhibit 1 on Defendant on April 24, 2026.

3. Attached to this Verification as **Exhibit 2** is a true and correct copy of Plaintiff's Jury Demand, which was filed April 9, 2026. Plaintiff served Exhibit 2 on Defendant on April 24, 2026.

4. Attached to this Verification as **Exhibit 3** is a true and correct copy of the Affidavit of Service issued by Superior Court of Washington, County of Grant, which was filed April 28, 2026. Plaintiff served Exhibit 3 on Defendant on April 24, 2026.

5. Attached to this Verification as **Exhibit 4** is a true and correct copy of Plaintiff's Notice of Change of Address, which was filed on May 5, 2026. Plaintiff served Exhibit 4 on Defendant on May 5, 2026.

6. Attached to this Verification as **Exhibit 5** is a true and correct copy of the Notice of Service of Process for Plaintiff's Notice of Change of Address and



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: (503) 552-2140 | Fax: (503) 224-4518

Notice of Appearance of Counsel, which was served on Defendant on May 12, 2026.

7. Attached to this Verification as **Exhibit 6** is a true and correct copy of both parties' Stipulated Motion for Extension of Time for Defendant J. R. Simplot, LLC to Respond to Plaintiff's Complaint, which was filed on May 14, 2026.

8. Attached to this Verification as **Exhibit 7** is a true and correct copy of the Proposed Order Granting both parties' Stipulated Motion for Extension of Time for Defendant J. R. Simplot, LLC to Respond to Plaintiff's Complaint, which was filed on May 14, 2026.

9. Attached to this Verification as **Exhibit 8** is a true and correct copy of the Notice of Hearing for both parties' Stipulated Motion for Extension of Time for Defendant J. R. Simplot, LLC to Respond to Plaintiff's Complaint, which was filed on May 14, 2026, and is set for May 29, 2026 at 9:00 AM before Judge Melissa K. Chlarson.

10. Attached to this Verification as **Exhibit 9** is a true and correct copy of Plaintiff's Notice of Withdrawal and Substitution, which was filed on May 26, 2026. Plaintiff served Exhibit 9 on Defendant on May 26, 2026.

//

//

//

//



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: (503) 552-2140 | Fax: (503) 224-4518

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

Executed on the 26th day of May, 2026 at Portland, Oregon.

Heather M. Fossity, WSBA #59128



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: (503) 552-2140 | Fax: (503) 224-4518

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2026, I served the foregoing **VERIFICATION OF STATE COURT RECORDS IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT** via the method(s) below on the following parties:

Joanna Ghosh, WSBA #65285
Devin Kathleen Epp, WSBA #60037
Albert H. Kirby, WSBA #40187
Lawyers *for* Justice, P.C.
701 Pike Street, Suite 1650
Seattle, WA 98101
Phone: (425) 521-5121
Fax: (818) 265-1021
Email: joanna@calljustice.com
Email: d.epp@calljustice.com
Email: a.kirby@calljustice.com

*Attorneys for Plaintiff Jacob Schinzler*

Carolyn H. Cottrell,* CA Bar No. 166977
Esther L. Bylsma,* CA Bar No. 264208
Robert E. Morelli, III,* TN Bar No. 037004
SCHNEIDER WALLACE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Phone: (415) 421-7100
Fax: (415) 421-7105
Email: ccottrell@schneiderwallace.com
Email: oedelstein@schneiderwallace.com
Email: rmorelli@schneiderwallace.com

*Attorneys for Plaintiff Jacob Schinzler*
**Pro Hac Vice forthcoming*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☒ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

☒ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 26th day of May, 2026, at Portland, Oregon.

By: */s/ Marin Rosenquist*
Marin Rosenquist, Practice Assistant
Marin.rosenquist@ogletreedeakins.com